

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2022

No. 04-22-00152-CV

**IN THE INTEREST OF Q.M.C., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00761
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On March 23, 2022, we ordered appellant to file a response showing cause why this appeal should not be dismissed for want of jurisdiction. We also suspended the deadlines in this matter. On March 24, 2022, appellant filed a response indicating the district clerk would be preparing a supplemental clerk's record with a copy of the final order of termination to establish our jurisdiction. The next day, the district clerk filed the supplemental clerk's record. Accordingly, because we now have jurisdiction over this matter, we **reinstate** the appellate deadlines.

At this time, the notification of late record filed by the court reporter on March 24, 2022 is pending, and the court reporter filed the reporter's record on April 6, 2022. We therefore **grant** the requested extension and **deem** the reporter's record as timely filed. The appellant's brief is due **by April 18, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court